UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-22139-CIV-MARTINEZ**

PEDRO M. PEROZO,

    Plaintiff,

v.

PANAMERICAN ENGINEERING
CONTRACTORS CORP. *et al.*,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN ENTRY OF
STIPULATED FINAL JUDGMENT AND FOR AN AWARD OF ATTORNEY'S FEES**

    **THIS MATTER** is before the Court on Plaintiff's Motion for Entry of Stipulated Final Judgment and for an Award of Attorney's Fees ("Motion"). (ECF No. 45.)  The Court having reviewed the motion and the file in this cause, having noted the agreement of the parties, and being otherwise fully advised in the premises, it is hereby

    **ORDERED and ADJUDGED** that the Motion, (ECF No. 45), is **GRANTED**. It is further ordered that Judgment against Defendants PANAMERICAN ENGINEERING CONTRACTORS CORP., 170 KAJU, LLC., CESAR I. CASTILLO, and JOHN E. GOMEZ, individually, jointly and severally, be entered in the amount of Twenty Thousand Dollars ($20,000.00), plus additional attorney's fees in the amount of Two Thousand Dollars ($2,000.00) and interest with retention of jurisdiction for post-judgment proceedings.

    This Judgment shall bear interest at the rate of 0.13% interest per annum from today, for which let execution issue forthwith.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 16 day of February, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record